IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Civil Action No. 06–cv–00489–EWN–PAC

ERIKA KELLY,

    Plaintiff,

v.

HCA-HEALTHONE LLC, doing business
as SWEDISH MEDICAL CENTER, and
SWEDISH MEDICAL CENTER,

    Defendants.

## ORDER GRANTING DISMISSAL WITH PREJUDICE

THE COURT, having reviewed the parties' Stipulation for Dismissal with Prejudice, and being fully informed on the issues, hereby ORDERS as follows:

The above-referenced case is hereby dismissed with prejudice. Each party is to pay her or its own costs and attorneys' fees.

DATED this 18th day of October, 2006.

                BY THE COURT:

                s/ Edward W. Nottingham
                United States District Judge